UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES STEPHEN ZIMMERMANN,

        Plaintiff,                        Case No. 1:14-cv-349

v.                                        Honorable Paul L. Maloney

ELISIA HARDIMAN,

        Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  May 8, 2014                            /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   Chief United States District Judge